

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

January 24, 2020

Honorable David S. Cayer
United States Magistrate Judge
United States District Court
Western District of North Carolina
Statesville Division
204 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

      Re: BOBBY LEE MCCAINE MINTON
      REGISTER NUMBER: 21145-058
      CRIMINAL NUMBER: 5:19-CR-00084-KDB-DSC

Dear Judge Cayer:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241(b), dated December 20, 2019, in the case of Mr. Bobby Lee McCaine Minton.

Mr. Minton was designated at the Metropolitan Correctional Center, New York, New York, on January 21, 2020. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival. However, given the recent volume of cases, we respectfully request an additional 15 days as permitted by the statute. Thus the evaluation would conclude on March 5, 2020. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, by March 19, 2020.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

M. Licon-Vitale
Warden

MLV/SD/sd

Granted.

*[signature]*
U.S. Magistrate Judge