

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

---

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6423, (646) 836-7751 (Fax)

FILED
CHARLOTTE, NC

MAR - 9 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

March 2, 2020

Honorable David S. Cayer
United States Magistrate Judge
United States District Court
Western District of North Carolina
Statesville Division
204 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

**Re: BOBBY LEE MCCAINE MINTON**
**REGISTER NUMBER: 21145-058**
**CRIMINAL NUMBER: 5:19-CR-00084-KDB-DSC**

Dear Judge Cayer:

The Metropolitan Correctional Center, New York, New York, is currently under an emergency lockdown for an indeterminate length of time. Accordingly, we are respectfully requesting additional 30-day extensions on all active forensic evaluations. Please contact us with any concerns.

Sincerely,

M. Licon-Vitale
Warden

MLV/EM/em

Granted.
D J Cayer
U.S. Magistrate Judge
3-9-20